MARY A. NACCASH, Respondent, *v.* HILDANSID REALTY CORPORATION et al., Defendants, and LOUIS SUMMERS et al., Appellants.

(Argued June 5, 1933; decided July 11, 1933.)

*Solomon Rotwein* for appellants.

*Leslie J. Ekenberg* and *Victor Levin* for respondent.

no opinion. (See 262 N. Y. 516.)

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.